CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** | **DOCKET NO.** |
| v. | |
| **Jose De Jesus Cisnado-Arellano** | **MAGISTRATE'S CASE NO.** |
| DOB: 1975; Citizen of Mexico | **25-05484MJ** |

Complaint for violation of Title 18, United States Code, Sections 922(g)(5)(A), 922(g)(1) and 924(a)(8) and Title 8, United States Code, Sections 1326(a) and (b)(2)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

<u>COUNT 1:</u> On or about August 31, 2025, at or near Tucson, in the District of Arizona, the defendant, **Jose De Jesus Cisnado-Arellano,** knowing that he was an alien unlawfully in the United States, did knowingly possess, in and affecting interstate or foreign commerce, a firearm, to wit: one (1) Glock, Model 23, .40 caliber pistol; in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

<u>COUNT 2:</u> On or about August 31, 2025, at or near Tucson, in the District of Arizona, the defendant, **Jose De Jesus Cisnado-Arellano,** knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one (1) Glock, Model 23, .40 caliber pistol; said firearm being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>COUNT 3:</u> On or about August 31, 2025, at or near Tucson, in the District of Arizona, the defendant, **Jose De Jesus Cisnado-Arellano,** an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona, on March 23, 2023, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On August 31, 2025, officers from the Tucson Police Department (TPD) were dispatched to an apartment complex located at 1502 West Ajo Way, Tucson, Arizona, regarding a domestic disturbance involving a firearm. The investigation revealed that **Jose De Jesus CISNADO-ARELLANO** was involved in an altercation with his girlfriend of three years. During the altercation **CISNADO-ARELLANO** took his girlfriend's Glock, Model 23, .40 caliber pistol, bearing serial number CCH118, as collateral until she returned his property: money. An eyewitness told law enforcement that at one point, **CISNADO-ARELLANO** and his girlfriend were fighting over control of the Glock pistol, which was later determined to be loaded. Detectives with the Tucson Police Department obtained a search warrant for **CISNADO-ARELLANO's** apartment and recovered the previously mentioned Glock pistol, rounds of ammunition, and another firearm: a 5.56x39mm caliber rifle. An ATF interstate nexus expert determined that the Glock pistol traveled in interstate and/or foreign commerce in that it was manufactured outside the state of Arizona.

**CISNADO-ARELLANO** is a citizen of Mexico. On March 23, 2025, **Jose De Jesus CISNADO-ARELLANO** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On August 31, 2025, agents found **CISNADO-ARELLANO** in the United States in Tucson, Arizona, without the proper

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED | SIGNATURE OF COMPLAINANT |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | CREIGHTON BRANDT _Digitally signed by CREIGHTON BRANDT Date: 2025.09.02 16:54:54 -07'00'_ |
| | OFFICIAL TITLE |
| AUTHORIZED AUSA *R. Arellano* _Raquel Arellano_ Digitally signed by RAQUEL ARELLANO Date: 2025.09.02 16:49:46 -07'00' | ATF Special Agent Creighton Brandt |

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE |
|---|---|
| *Maria S. Aguilera* | September 3, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

25-05484MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2**

immigration documents. **CISNADO-ARELLANO** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

A law enforcement records check revealed that **Jose De Jesus CISNADO-ARELLANO** was previously convicted of a felony in that on November 16, 2007, in the Eastern District of California, Case Number 2:07CR412-01, **CISNADO-ARELLANO** was sentenced to 24 months imprisonment for a violation of Title 8, United States Code, Sections 1326(a) and (b)(2), Deported Alien Found in the United States, a felony.